UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

ROBERT A. WILSON
KAREN J. WILSON

CASE NO.: 3:09-bk-10177-JAF

Debtors
_____/

ROBERT A. WILSON
KAREN J. WILSON

Adv. No.3:10-ap-00029-JAF

    Plaintiff (s)

v.

VYSTAR CREDIT UNION

    Defendant.
_____/

**MOTION FOR ENTRY OF DEFAULT BY CLERK**

Plaintiffs, ROBERT A. WILSON and KAREN J. WILSON, move this Court for entry of a default against the Defendant, VYSTAR CREDIT UNION. In support thereof, the Plaintiffs would show:

1. Service was made in compliance with the Federal Rules of Bankruptcy Procedure. Service was made by Summons in accordance with Rule 7004 on the defendant at the location it regularly conducts its business.

2. No extension of time was sought by the defendant.

3. Defendant has failed to file a responsive pleading or motion to the Complaint.

4. Plaintiffs seek a default against the Defendant as a result of the failure to respond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was furnished by U.S. Mail, postage pre-paid, to Vystar Credit Union, c/o Terry West, CEO/Manager, 4949 Blanding Blvd., Jacksonville, Florida 32210, this \_\_11\_\_ day of March, 2010.

Law Offices of Mickler & Mickler

By:_____
Bryan K. Mickler
Florida Bar No. 091790
Attorney for Plaintiff(s)
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/ FAX: 725-0855